JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Attorneys for Defendant HSBC Card Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ALAN MULLINER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANS UNION, LLC, a foreign limited liability company, EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; HSBC CARD SERVICES, INC., a foreign corporation; TARGET NATIONAL BANK, a foreign corporation; U.S. BANK, a national banking association,<br><br>Defendants. | Case No.: 2:15-cv-00282-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT** |

COMES NOW David Alan Mulliner ("Plaintiff"), by and through his counsel of record, Black & LoBello, and Defendant HSBC Card Services, Inc. ("Defendant"), by and through its counsel of record, Greenberg Traurig, LLP, hereby stipulate and agree as follows:

1. On March 10, 2015, Plaintiff filed its First Amended Complaint. [DE 3].

2. On May 5, 2015, Plaintiff filed the executed proof of service of the Summons to Defendant indicating a response to the First Amended Complaint was due May 5, 2015. [DE 12].

/ / /

/ / /

/ / /

/ / /

LV 420170897v1

LV 420445609v1

3.  The parties stipulate to extend the deadline for Defendant to file a response to the First Amended Complaint from May 5, 2015 to May 29, 2015.

STIPULATED AND AGREED TO:

| DATED this 6th day of May, 2015. | DATED this 6th day of May, 2015. |
|---|---|
| BLACK & LOBELLO | GREENBERG TRAURIG, LLP |
| By: /s/ Maximiliano D. Couviller III<br>MAXIMILIANO D. COUVILLIER III, ESQ.<br>NEVADA BAR NO. 7661<br>KEVIN L. HERNANDEZ, ESQ.<br>NEVADA BAR NO. 12594<br>BLACK & LOBELLO<br>20888 WEST TWAIN AVENUE, THIRD FLOOR<br>LAS VEGAS, NEVADA 89135<br>*Attorneys for Plaintiff* | By: /s/ Jacob D. Bundick<br>JACOB D. BUNDICK, ESQ.<br>NEVADA BAR NO. 9772<br>MICHAEL R. HOGUE, ESQ.<br>NEVADA BAR NO. 12400<br>GREENBERG TRAURIG, LLP<br>3773 HOWARD HUGHES PARKWAY<br>SUITE 400 NORTH<br>LAS VEGAS, NEVADA 89169<br>*Attorneys for Defendant HSBC Card Services, Inc.* |

IT IS SO ORDERED this __12th__ day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: /s/ Jacob D. Bundick
JACOB D. BUNDICK, ESQ.
NEVADA BAR NO. 9772
MICHAEL R. HOGUE, ESQ.
NEVADA BAR NO. 12400
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PARKWAY
SUITE 400 NORTH
*ATTORNEYS FOR DEFENDANT HSBC CARD SERVICES, INC.*

LV 420170897v1

LV 420445609v1