MAXIMILIANO D. COUVILLIER III, ESQ.
Nevada Bar No.: 7661
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No.: 12594
**BLACK & LOBELLO**
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada  89135
Telephone:  (702) 869-8801
Facsimile:  (702) 869-2669
mcouvillier@blacklobellolaw.com
khernandez@blacklobellolaw.com
*Attorneys for plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ALAN MULLINER, an individual,<br><br>              Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, a foreign limited liability company; EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; HSBC CARD SERVICES, INC., a foreign corporation; TARGET NATIONAL BANK, a foreign corporation; U.S. BANK, a national banking association,<br><br>              Defendants. | Case No.:  2:15-cv-0282-JAD-VCF<br><br>**AMENDED STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EQUIFAX, INC. WITH PREJUDICE** |

**WHEREAS** plaintiff, David Allan Mulliner ("plaintiff") and defendant, Equifax, Inc., ("Equifax") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between plaintiff and Equifax in the above-captioned matter;

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by plaintiff and Equifax, by and through their respective attorneys of record, and subject to the approval of the court, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned

///

///

///

///

matter is hereby dismissed with prejudice as to Equifax, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

| Dated this 29th day of July, 2015. | Dated this 29th day of July, 2015. |
|---|---|
| **BLACK & LOBELLO** | **SNELL & WILMER, LLP** |
| /s/ Kevin L. Hernandez          .<br>Maximiliano D. Couvillier III, Esq.<br>Nevada Bar No. 7661<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>10777 W. Twain Ave., 3rd Floor<br>Las Vegas, NV 89135<br>*Attorneys for plaintiff* | /s/ Bradley T. Austin           .<br>Paul Swenson Prior, Esq.<br>Nevada Bar No. 9323<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for defendant,*<br>*Equifax, Inc.* |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of plaintiff and Equifax under FRCP 41(a)(1)(A)(ii), Equifax shall be dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 7/30/15