MAXIMILIANO D. COUVILLIER III, ESQ.
Nevada Bar No.: 7661
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No.: 12594
**BLACK & LOBELLO**
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
mcouvillier@blacklobellolaw.com
khernandez@blacklobellolaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ALAN MULLINER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, a foreign limited liability company; EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; HSBC CARD SERVICES, INC., a foreign corporation; TARGET NATIONAL BANK, a foreign corporation; U.S. BANK, a national banking association,<br><br>Defendants. | Case No.: 2:15-cv-0282-JAC-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC** |

**WHEREAS** plaintiff, David Allan Mulliner ("plaintiff") and defendant, Trans Union LLC ("Trans Union") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between plaintiff and Trans Union in the above-captioned matter;

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by plaintiff and Trans Union, by and through their respective attorneys of record, and subject to the approval of the Court, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the

///

///

///

Page 1 of 2

above-captioned matter is hereby dismissed with prejudice as to Trans Union, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

| Dated this 26th day of August, 2015. | Dated this 26th day of August, 2015. |
|---|---|
| **BLACK & LOBELLO** | **LEWIS BRISBOIS BISGAARD & SMITH, LLP** |
| /s/ Kevin L. Hernandez . <br> Maximiliano D. Couvillier III, Esq. <br> Nevada Bar No. 7661 <br> Kevin L. Hernandez, Esq. <br> Nevada Bar No. 12594 <br> 10777 W. Twain Ave., 3rd Floor <br> Las Vegas, NV 89135 <br> *Attorneys for plaintiff* | /s/ Jason Revzin . <br> Jason Revzin, Esq. <br> Nevada Bar No. 8629 <br> Darrell D. Dennis, Esq. <br> Nevada Bar No. 6618 <br> 6385 South Rainbow Blvd., Suite 600 <br> Las Vegas, NV 89118 <br> *Attorneys for defendant, Trans Union LLC* |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of plaintiff and Trans Union under FRCP 41(a)(1)(A)(ii), defendant, Trans Union shall be dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: August 26, 2015