MAXIMILIANO D. COUVILLIER III, ESQ.
Nevada Bar No.: 7661
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No.: 12594
**BLACK & LOBELLO**
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada  89135
Telephone:  (702) 869-8801
Facsimile:  (702) 869-2669
mcouvillier@blacklobellolaw.com
khernandez@blacklobellolaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ALAN MULLINER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, a foreign limited liability company; EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; HSBC CARD SERVICES, INC., a foreign corporation; TARGET NATIONAL BANK, a foreign corporation; U.S. BANK, a national banking association,<br><br>Defendants. | Case No.:  2:15-cv-0282-JAC-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT HSBC CARD SERVICES, INC.** |

**WHEREAS** plaintiff, David Alan Mulliner ("plaintiff") and defendant, HSBC Card Services, Inc., ("HSBC") stipulate as follows:

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by plaintiff and HSBC, by and through their respective attorneys of record, and subject to the approval of the Court, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned

///

///

///

///

///

Page 1 of 2

matter is hereby dismissed with prejudice as to HSBC, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

| Dated this 11th day of September, 2015. | Dated this 11th day of September, 2015. |
|---|---|
| **BLACK & LOBELLO** | **GREENBURG TRAURUG, LLP** |
| /s/ Kevin L. Hernandez<br>Maximiliano D. Couvillier III, Esq.<br>Kevin L. Hernandez, Esq.<br>10777 W. Twain Ave., Third Floor<br>Las Vegas, NV 89135<br>*Attorneys for plaintiff* | /s/ Michael R. Hogue<br>Michael R. Hogue, Esq.<br>Nevada Bar No. 12400<br>3773 Howard Hughes Parkway, Suite 400 N.<br>Las Vegas, NV 89169<br>*Attorneys for Defendant,<br>HSBC Card Services* |

## ORDER OF DISMISSAL WITH PREJUDICE

By this stipulation [ECF 30], plaintiff David Alan Mulliner and defendant HSBC Card Services, Inc., state that they have stipulated under Federal Civil Rule 41(a)(1)(A)(ii) to dismiss claims against HSBC. But rule 41(a)(1)(A)(ii) only contemplates dismissal based on "a stipulation of dismissal *signed by all parties who have appeared*," and this stipulation was not signed by U.S. Bank or Experian, both of whom have appeared in this case and continue to actively litigate it. In the interest of justice and judicial economy, the court will treat this stipulation as a motion for voluntary dismissal under Rule 41(a)(2) and finds good cause to grant it on the just terms proposed by the stipulation. Plaintiff is cautioned that further stipulations to dismiss claims in this case will require either a stipulation signed by all parties who have appeared as required by Rule 41(a)(1)(A)(ii), or a motion under Rule 41(a)(2).

Accordingly, with good cause appearing, IT IS HEREBY ORDERED that all claims against HSBC Card Services, Inc. are DISMISSED with prejudice, with plaintiff and HSBC to bear their own fees and costs.

_____
Jennifer Dorsey
United States District Court Judge
September 15, 2015