MAXIMILIANO D. COUVILLIER III, ESQ.
Nevada Bar No.: 7661
**BLACK & LOBELLO**
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
mcouvillier@blacklobellolaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ALAN MULLINER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> TRANS UNION, LLC, a foreign limited liability company; EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; HSBC CARD SERVICES, INC., a foreign corporation; TARGET NATIONAL BANK, a foreign corporation; U.S. BANK, a national banking association, <br><br> Defendants. | Case No.:  2:15-cv-0282-JAC-VCF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT U.S. BANK** |

   **WHEREAS** plaintiff, David Alan Mulliner ("plaintiff") and defendant, U.S. Bank have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between plaintiff and U.S. Bank in the above-captioned matter;

   **IT IS HEREBY JOINTLY STIPULATED AND AGREED** by plaintiff and U.S. Bank, by and through their respective attorneys of record, and subject to the approval of the

Page 1 of 2

Court, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice as to U.S. Bank, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED,

| Dated this __24th__ day of March, 2016. | Dated this __24th__ day of March, 2016. |
|---|---|
| **BLACK & LOBELLO** | **HOLLAND & HART LLP** |
| /s/ *Maximiliano D. Couvillier III* . <br> Maximiliano D. Couvillier III, Esq. <br> 10777 W. Twain Ave., Third Floor <br> Las Vegas, NV 89135 <br> *Attorneys for plaintiff* | /s/ *Ryan Loosvelt* <br> Ryan Loosvelt, Esq. <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, NV 89134 <br> Office (702) 669-4600 <br> Direct (702) 222-2514 <br> Mobile (702) 328-9261 <br> Fax (702) 534-4912 <br> E-mail: RALoosvelt@hollandhart.com <br> *Attorneys for defendant U.S. Bank* |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of plaintiff and U.S. Bank under FRCP 41(a)(1)(A)(ii), defendant, U.S. Bank shall be dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: __3/29/16__